## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

STOREY LANDIS,

                **Plaintiff,**

-vs-                           **Case No. 6:08-cv-1603-Orl-28GJK**

DIRECT WIRELESS ENTERPRISES,
INC., d/b/a Direct Wireless, Inc.,
BRIAN C. BANGLE,

                **Defendants.**

---

## ORDER

This case is brought pursuant to the Fair Labor Standards Act ("FLSA"). On February 17, 2009, Defendants filed a Motion to Dismiss (Doc. 29). On June 10, 2009, after a hearing on the motion, United States Magistrate Judge Kelly issued his Report and Recommendation on Defendants' Motion to Dismiss. Part of the Recommendation is for Plaintiff's counsel, Ms. Nannette Piccolo, to pay $700.00 to the Clerk of the Court as a sanction for her misconduct and be admonished for her misconduct . (Doc. 46, p. 11).

Subsequent to the Report and Recommendation, Ms. Piccolo filed a Motion to Withdraw (Doc. 47) which was denied (Doc. 48).

On June 26, 2009, prior to the expiration period of filing objections to the pending Report and Recommendation, the parties filed a Notice of Settlement ("Notice")(Doc. 49). Plaintiff's other attorney, Bernard R. Mazaheri, signed on behalf of Plaintiff. Ms. Piccolo has not filed any objections to the Report and Recommendation.

On May 27, 2009, Defendants filed a Motion for Attorney's Fees (Doc. 39) due to the misconduct of Ms. Piccolo. On July 21, 2009, United States Magistrate Judge Kelly issued his Report and Recommendation on Defendants' Motion for Fees (Doc. 50), taking into account the Notice of Settlement. Magistrate Judge Kelly recommends that Defendants' Motion for Fees be granted in part and denied in part,[1] and that Ms. Piccolo be ordered to pay $816.00 in attorney's fees and cost for the Defendants. No objections have been filed to this Report and Recommendation.

On August 5, 2009, the parties filed their Stipulation of Dismissal (Doc. 51) indicating Plaintiff's FLSA claims were to be paid in full without compromise.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation as to Defendants' Motion to Dismiss (Doc. No. 46) is **ADOPTED in part.**

2.    Defendants' Motion to Dismiss (Doc. 29) is **DENIED as moot.**

3.    Ms. Piccolo shall pay $700.00 to the Clerk of Court as a sanction for her misconduct.

4.    Ms. Piccolo is admonished for her intentional misconduct displayed in this case.

5.    The Report and Recommendation as to Defendants' Motion for Attorney's Fees (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] The Notice of Settlement indicated that the firm of Morgan & Morgan (Plaintiff's counsel) would not seek to recover fees or costs from any party and Defendants would not seek attorneys' fees and costs from Morgan & Morgan but reserved their right to seek fees and costs as sanctions against Ms. Piccolo.

6.    Defendants' Motion for Attorney's Fees (Doc. No. 39) is **GRANTED.**

7.    Ms. Piccolo shall pay $816.00 in attorney's fees and costs to Defendants.

8.    Based on the representation of the parties made in the Notice of Settlement (Doc. 49) and the Joint Stipulation of Dismissal with Prejudice (Doc. 51), Plaintiff's FLSA claim has been resolved without compromise. There being no compromise of Plaintiff's claim, the Court finds that the settlement is a fair and reasonable resolution of this matter.

9.    All pending motions are denied as moot.

10.    This matter is dismissed with prejudice.

11.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2 1___ day of August, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party